440 A.2d 1239

Commonwealth v. Clifford, Appellant.

Submitted December 5, 1980. Taylor P. Andrews, Public Defender, for appellant; Theo-

dore B. Smith, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.